**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN B. TURNER, | No. C 12-05258 YGR (PR) |
| Petitioner, | **JUDGMENT** |
| v. | |
| JEFFREY BEARD, Secretary of California Department of Corrections and Rehabilitation, | |
| Respondent. / | |

The action having been dismissed, the Court hereby enters judgment in favor of Respondent. Petitioner shall obtain no relief by way of his petition.

**IT IS SO ORDERED**.

DATED: March 4, 2014

**YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE**